FARLOU REALTY CORPORATION et al., Appellants, *v.* WOODSAM ASSOCIATES, INC., Respondent.

Argued May 15, 1945; decided June 14, 1945.

*Edward R. Finch, J. Norman Lewis, James P. Durante* and *George M. Welch* for appellants.

*John Kadel* and *Bernard Trencher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.